Todd M. Carta  
Reg. # 14632-014  
U.S.P. Allenwood  
P.O. Box 3000  
White Deer, Pa. 17887

February 15, 2004

3:04CV289 (DJS)

3:08cr99 (DJS)

The Honorable Dominic Squatrito  
c/o Clerk of court  
Federal Building and  
United States courthouse  
450 main St.  
Hartford, Ct. 06103

FILED 2004 FEB 20 A 8:

Dear Judge Squatrito,

　　I am respectfully submitting this letter to you in hopes of obtaining a sentence reduction based on the programing I have done while Incarcerated at the U.S.P. Penitentiary Allenwood, White Deer, Pa.

　　During my time here I have completed numerous programs for the goal of becoming a good, law abiding, productive citizen of my state and country.

　　Not being a lawyer, I hope you will forgive me of my naivete of the law.

　　During my incarceration here I have taken the following programs:

1. **CODE**; CODE is an intensive program in a group environment that lasts for 1 year. CODE stands for **C**hallenges, **O**pportunity, **D**iscipline, **E**thics.

2. **Breaking Barriers**; Breaking Barriers is an intensive program that runs for 4 friday,s. This program is designed to help inmates break

Page 1 of 3

the Barriers to becoming productive, law abiding citizens.

3. **Fundamental computer skills.** Laerning basic skills on Computers designed to help inmates to be more competitive in todays industry.

4. **Business and information processing.** Teaching inmates skills in using Computer programs such as: Word, Excel, Power point, Etc..

5. **Auto CAD.** Auto Cad is computer aided drafting. This program teaches inmates how to use auto cad to design Houses, Blueprints, Etc...

6. **RPP Classes.** I have completed 7 Release Prep classes.

7. **Starting your own business.** A program designed to help inmates understand and go about owning and operating their own business.

8. **Obtained G.E.D.** with scores in the top 10% of traditional high school graduates.

I also continue to maintain a job in the U.S.P. commissary.

Your Honor, I have also mended relationships with my mother, father, sister and brother. I look forward and hope to god I can be out to enjoy the company of my mom and dad before they leave this World. I also anticipate the day when I can do things for them to help make their life more pleasant. I also believe attending a group aimed at my problems will also help me to avoid re-offending ever again. There are no such groups here.

The last thing I would like to bring to you attention is the

fact that when your honor sentenced me you stated I would do 85% of my time in prison. The prosecutor stated I would do about 4 years and 2 months. This is not true, due to the way the B.O.P. does the calculations I will end up doing at least 87% of my time. As mush as 2 months longer than I was sentenced to. Also, While their are D.C. inmates who get longer sentences here, They will get out ahead of me. They get credit for School, Work and other programs while I get no such considerations.

                    Thank you,
                    Respectfully Submitted:
                        Todd Carta
                        # 14632-014
                        U.S.P. Allenwood
                        P.O. Box 3000
                        White Deer, Pa. 17887

*[signature: Todd Carta]*

# Certificate of Completion

**Todd Carta**

has successfully completed the CODE Program's
Orientation Phase
at U.S.P. Allenwood on March 26, 2003.

_Marie Trgovac_
Marie Trgovac, Psy.D.
CODE Coordinator

_Suzanne Mitchell_
Suzanne Mitchell, M.S.W.
CODE Treatment Specialist

# Certificate of Completion

## Todd Carta

has successfully completed the CODE Program's Intensive Phase at U.S.P. Allenwood on September 10, 2003.

_Marie L. Trgovac_
Marie Trgovac, Psy.D.
CODE Coordinator

_Suzanne Mitchell_
Suzanne Mitchell, M.S.W.
CODE Treatment Specialist

Certificate of Completion

awarded to

Todd Carta

for successful completion of
the CODE Program at USP Allenwood
on December 1, 2003.

_Suzanne Mitchell, M.S.W._
Suzanne Mitchell, M.S.W.
CODE Treatment Specialist

_M. Marie_
Dr. Marie L. Ingoffe, Psy. D.
CODE Coordinator

# This Certificate of Completion

is hereby granted to:

**Todd Carta**



Fundamental Computer Skills

Granted: August 29, 2003

_N. Craig, Vocational Training Coordinator_

# This Certificate of Completion

is hereby granted to:

**Todd Carta**

to certify that he has participated in

*Business & Information Processing 1*

Granted: September 12, 2003

N. Craig, *Vocational Training Coordinator*



# This Certificate of Completion



*is hereby granted to:*

**Todd Carta**

*to certify that he has completed to satisfaction*

*Introduction to Computer Aided Drafting*

*Granted: December 2, 2003*

_____

N. Craig, Vocational Training Coordinator



USP ALLENWOOD PRE-RELEASE PROGRAM

Certificate of Completion

has completed the required course objectives for USP Allenwood's Pre-Release Program on this day, June 5th, 2003

S. SARATOWSKI
PROGRAM SUPERVISOR

# Certificate of Completion

Awarded To:

## Todd M. Carta

Is Hereby Acknowledged By The Undersigned For Completion of the Following Twelve Week Course:

### Starting Your Own Business

Given at USP Allenwood this 25th day of August in the year 2003

R. Clark, Literacy Coordinator

This letter is from my CODE case worker. I would like to point out that my participation was limited due to the nature of my charges. Inmates do not discuss any sex offender issues.

** LIMITED OFFICIAL USE **

FEDERAL BUREAU OF PRISONS
USP ALLENWOOD
WHITEDEER, PA

CODE TREATMENT SUMMARY
December 1, 2003
CARTA, TODD   Reg #: 14632-014

Mr. Carta successfully completed the CODE Program at USP Allenwood on November 24, 2003. The CODE Program is a year long residential treatment program focusing on both group and individual counseling sessions. Topics explored include: family issues, criminal thinking, drug and alcohol issues and pro-social choices.

Mr. Carta maintained a near perfect attendance record while in the CODE Program. When he was enrolled in Pre-CODE group his participation was average. He regularly engaged in group discussions without having to be called upon. He continued at this level for only a few weeks while in the Orientation Phase of the program and then his participation declined. Mr. Carta was encouraged to increase his verbal participation on a continual basis. He acknowledged that he needed to make an improvement with his participation, however, he stated that he was uncomfortable sharing personal information within group.

During the treatment planning interview he identified three areas to work on while in treatment to include: stress management, criminal thinking and release preparation. Mr. Carta struggled with personal stressors related to his crime, family and unit concerns. He did not hesitate to contact this writer for an individual session. Mr. Carta was always receptive to feedback given and took the opportunity to think about the consequences of his actions. He has made progress in this area and continues to address concerns when they arise. Mr. Carta identified his second goal as reducing his criminal thinking. He completed Breaking Barriers as stated in his treatment plan. During the criminal thinking portion of the program he failed to complete his criminal history during group. After speaking to Carta, he agreed to complete the exercise during the next group meeting and he did follow through. He did not engage in regular group discussions related to his criminal history, however, he completed all assigned tasks. Mr. Carta identified his last goal as preparing for his release in 2007. Despite his lack of verbal participation in the CODE Program, he was involved in educational programs. He successfully completed his GED, Starting Your Own Business, Computer and Fundamental Skills, Business/Information Processing and Introduction to CAD while enrolled in the program. He also completed seven Release Preparation Classes within a year period.

Overall, Mr. Carta was an average group participant despite his lack of verbal participation. It was apparent that he was uncomfortable during group sessions but demonstrated a high motivation to complete several educational and release preparation classes. He always interacted in a mature manner and addressed his concerns appropriately. Mr. Carta is strongly encouraged to enroll in the CODE Program's Aftercare Phase, increase his participation and maintain his enrollment in educational classes.

** LIMITED OFFICIAL USE **

CARTA, TODD                                                         Page 2
14632-014

*Suzanne Mitchell, MSW*
SUZANNE MITCHELL, M.S.W.